UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CANDACE VAN ZILE,

    Plaintiff,

v.

J.C.K.W. INC. d/b/a MT. PLEASANT
BUFFALO WILD WINGS, and
MICHAEL MILLER,

    Defendants.

Case No. 1:18-CV-12571

Hon. Thomas L. Ludington

| **ERNST CHARARA & LOVELL, PLC** | **MCDONALD HOPKINS PLC** |
|---|---|
| Stephen M. Lovell (P80921) | James J. Boutrous II (P53710) |
| 645 Griswold St., Suite 4100 | David W. Schelberg (P76492) |
| Detroit, MI 48226 | 39533 Woodward Avenue, Suite 318 |
| (313) 965-5555 | Bloomfield Hills, MI 48304 |
| jon@ernstmarkolaw.com | (248) 646-5070 |
| stephen@ernstmarkolaw.com | jboutrous@mcdonaldhopkins.com |
| *Attorneys for Plaintiff* | dschelberg@mcdonaldhopkins.com |
| | *Attorneys for Defendant J.C.K.W., Inc.* |
| | **GASIOREK, MORGAN, GRECO, MCCAULEY, & KOTZIAN, P.C.** |
| | David F. Greco (P53523) |
| | 30500 Northwestern Hwy., Suite 425 |
| | Farmington Hills, MI 48334 |
| | (248) 865-0001 |
| | dgreco@gmgmklaw.com |
| | *Attorneys for Defendant Miller* |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES TO ANY PARTY**

{8533487: }

WHEREAS, the parties, Candace Van Zile, J.C.K.W. Inc., and Michael Miller (collectively, the "Parties"), hereby stipulate to dismiss this action, with prejudice, all parties to bear their own costs, interest, and attorneys' fees, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be and is dismissed with prejudice and without costs, interest, and attorneys' fees to any party.

IT IS SO ORDERED.

This Order disposes of the last pending claim and closes the case.

s/Thomas L. Ludington
Hon. Thomas L. Ludington
United States District Court Judge

Dated: December 23, 2019

**Stipulated and Agreed to as to Form and Substance:**

/s/ Stephen M. Lovell (w/permission)
**ERNST CHARARA & LOVELL, PLC**
Stephen M. Lovell (P80921)
*Attorneys for Plaintiff*

/s/ David W. Schelberg
**McDonald Hopkins PLC**
James J. Boutrous II (P53710)
David W. Schelberg (P76492)
*Attorneys for Defendant J.C.K.W., Inc.*

/s/ David F. Greco (w/permission)
**Gasiorek, Morgan, Greco, Mccauley, & Kotzian, P.C.**
David F. Greco (P53523)
*Attorneys for Defendant Miller*